IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FELICIA RILEY,

    Petitioner,

vs.                                              5:04-CV-354-SPM

BUREAU OF PRISONS,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 5) filed March 15, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.  This case is *dismissed* without prejudice for failure to prosecute.

**DONE AND ORDERED** this <u>tenth</u> day of May, 2005.

       *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao